June 15, 1974

No. 73–1834. Nixon, President of the United States *v.* United States. Petition for certiorari before judgment to C. A. D. C. Cir. Certiorari granted and case consolidated with No. 73–1766 [*United States* v. *Nixon, President of the United States,* certiorari granted, *ante,* p. 927]. Parties shall exchange and file briefs by 1 p. m. on June 21, 1974, and any responsive briefs shall be filed by July 1, 1974. Oral argument set for July 8, 1974, at 10 a.m. Mr. Justice Rehnquist took no part in the consideration or decision of this petition.